Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorney for Defendant,*
ADLIFE MARKETING & COMMUNICATIONS CO., INC.

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. KRUEGER,<br><br>Plaintiff,<br><br>v.<br><br>ADLIFE MARKETING &<br>COMMUNICATIONS CO., INC.<br><br>Defendant. | Case 2:20-cv-07083-VAP-PJW<br><br>**DECLARATION OF JOEL ALBRIZIO** |

1

## <u>DECLARATION OF JOEL ALBRIZO</u>

I, Joel Albrizio, declare as follows:

1.     I am over the age of 18 years old and I have personal knowledge of the matters stated herein. If called as a witness I could and would testify thereto.

2.     I am the president of Adlife Marketing & Communications Co., Inc.

3.     Adlife is a Rhode Island corporation with its principal place of business in Pawtucket, Rhode Island.

4.     Adlife is an advertising and marketing agency whose team of seasoned professionals has, for decades, provided elite branding services to its clientele. With its innovative marketing campaigns and its production of high quality printed pieces such as retail circulars, signage, pamphlets and more, Adlife enables its clients to build a brand through compelling visual arrangements.

5.     For decades, Adlife has created, artistically arranged and professionally produced a library of still images of food and other grocery items. Adlife's library now consists of approximately 20,000 photos.

6.     These photographs are high-resolution, artistically rendered with pleasing angles and selective lighting, color-corrected and color-separated, which makes them particularly valuable as, when used together, they provide color consistency.

7.     Adlife has licensed the rights to reproduce, distribute and publicly display its copyrighted photographs, through various means over the years.

8.     Currently, Adlife offers a monthly subscription service through the website www.preparedfoodphotos.com.

9.     In June of 2020, Adlife became aware of a potentially unlicensed use of one of its photographs on the website www.labspaces.net.

10.     Adlife did not have a record of the license but, nonetheless, we instructed Higbee & Associates, our attorneys in this matter, to send a letter requesting verification of a license. The letter in question is included as Exhibit A

to the Complaint.

11.    I am informed that after the letter was sent, no license was provided and that employees of Higbee & Associates began negotiating with the owner of www.labspaces.net for payment of a retroactive license.

12.    In August I became aware that an individual named Brian J. Krueger had sued Adlife regarding the unlicensed use of Adlife's photograph on www.labspaces.net.

13.    I am informed that Krueger sued Adlife in California despite the fact that neither Adlife nor Krueger reside there.

14.    Adlife has never been a resident of California nor has it ever been incorporated in California.

15.    Adlife does not now own or lease, nor has Adlife ever owned or leased, real property in California.

16.    Adlife does not use, possess or hold a mortgage or other lien on any real property in the California, nor have it ever done so.

17.    Adlife does not now have, nor has Adlife ever had, an office in California.

18.    Adlife does not now have, nor has Adlife ever had, a bank account, mailing address, post office box, or telephone number in the California.

19.    Adlife has never been required to pay taxes in the California. Adlife does not have any assets or investments in California.

20.    To my knowledge, none of the acts giving rise to this lawsuit occurred in California.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this October 1, 20, at Pawtucket, Rhode Island,

_____
Joel Albrizio

3