Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorney for Defendant,*
ADLIFE MARKETING & COMMUNICATIONS CO., INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. KRUEGER,<br><br>              Plaintiff,<br><br>v.<br><br>ADLIFE MARKETING & COMMUNICATIONS CO., INC.<br><br>              Defendant. | Case 2:20-cv-07083-VAP-PJW<br><br>**DECLARATION OF THEODORE W. SELL** |

1

**DECLARATION OF THEODORE W. SELL**

## DECLARATION OF THEODORE W. SELL

I, Theodore W. Sell, declare as follows:

1. I am over the age of 18 years old and I have personal knowledge of the matters stated herein. If called as a witness I could and would testify thereto.

2. I am a graduate of the William S. Boyd School of Law at the University of Nevada Las Vegas.

3. Since 2019, I have been employed by the Law Firm of Higbee & Associates.

4. While Higbee & Associates is headquartered in Santa Ana, California, the firm has offices and full time employees outside of California.

5. I currently reside in the state of Nevada.

6. During my entire term of employment, I have worked at or was based in Higbee & Associates' office in Nevada, working from home during the pandemic.

7. I have never worked in Higbee & Associates' Santa Ana office.

8. Between June and July 2020, I corresponded on behalf of Higbee & Associates' client, Adlife Marketing & Communications Co. Inc., with an individual named Brian J. Krueger regarding a copyright infringement matter on the website www.labspaces.net.

9. All of my communications with Mr. Krueger took place from Higbee & Associates' office in Las Vegas, Nevada.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this October 1, 20, at Las Vegas, Nevada,

*[Signature]*
Theodore W. Sell