JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian J. Krueger,<br><br>               Plaintiff,<br><br>    v.<br><br>Adlife Marketing and Communications Co., Inc.,<br><br>               Defendant | 2:20-cv-7083-VAP-PJWx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order Granting Defendant's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    12/10/20

                                              Virginia A. Phillips
                                              United States District Judge